# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                :     NO. 667
                      :
ORDER AMENDING RULES 1653 :     CIVIL PROCEDURAL RULES
AND 1656 OF THE             :
PENNSYLVANIA RULES OF     :     DOCKET
CIVIL PROCEDURE            :
                      :
                      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of June, 2017, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been published for public comment at 46 Pa.B. 3635 (July 9, 2016):

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1653 and 1656 of the Pennsylvania Rules of Civil Procedure are amended in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on October 1, 2017.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.